1  Zachary Nightingale (California Bar #184501)
   Marc Van Der Hout (California Bar # 80778)
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone: (415) 981-3000
4  Facsimile: (415) 981-3003

5  Attorneys for Petitioner
   Bikram Jeet SINGH

6

7

8               UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  Bikram Jeet SINGH                        Case No. C-06-07031 CRB

         Petitioner,
13
            v.
                                             **STIPULATION TO DISMISS;**
14                                           **AND [PROPOSED] ORDER**
    David STILL, in his Official Capacity, District
15  Director, U.S. Department of Homeland Security,
    Citizenship and Immigration Services, San Francisco,
16  California;

17  Francis D. SICILIANO, in his Official Capacity,
    District Director, U.S. Department of Homeland
18  Security, Citizenship and Immigration Services, San
    Jose, California;
19
    Michael CHERTOFF, in his Official Capacity,
20  Secretary, United States Department of Homeland
    Security;
21
    Alberto R. GONZALES, in his Official Capacity,
22  Attorney General, U.S. Department of Justice

23
         Respondents.
24

25

26

27

28

---

Stipulation to Dismiss; and [Proposed] Order                No: C-06-07031 CRB

1  Petitioner, by and through his attorneys of record, and Respondents, by and through their
2  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the
3  above-entitled action without prejudice in light of the fact that the United States Citizenship &
4  Immigration Services is now prepared to grant Petitioner's application for naturalization and
5  agrees to schedule him for an oath ceremony within 45 days of the dismissal of this action.
6  Each of the parties shall bear their own costs and fees.

Date: December 12, 2006            Respectfully submitted,

/s/
Zachary Nightingale
Attorney for Petitioner

Date: December 11, 2006            Respectfully submitted,

Kevin Ryan
United States Attorney

Edward Olsen
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 13, 2006

Charles R. Breyer
United States D...

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA